**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1754**

ALEXANDER S. STEWART,

               Plaintiff - Appellant,

      v.

DEPARTMENT OF THE NAVY,

               Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, District Judge. (4:14-cv-00071-MSD-TEM)

Submitted: October 16, 2014      Decided: October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander S. Stewart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander S. Stewart appeals the district court's order dismissing without prejudice his civil complaint as frivolous pursuant to 28 U.S.C. § 5 1915(e)(2)(i) (2012).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. Dep't of the Navy, No. 4:14-cv-00071-MSD-TEM (E.D. Va. filed July 7, 2014 & entered July 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir. 1993).

2